IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANTIAGO PENA-RUIZ,<br><br>        Plaintiff,<br><br>   v.<br><br>KEVIN S. SOLORZANO,<br><br>        Defendant. | Civil Action No.<br>07-2488 (JBS)<br><br>**ORDER** |

This matter came before the Court upon Plaintiff's motion for reconsideration of this Court's Dismissal Order filed June 17, 2007; and finding that the Complaint herein is time-barred for reasons set forth in the Memorandum Opinion of today's date;

**IT IS, this  25th   day of  January  , 2008,**

**ORDERED** that Plaintiff's Motion is denied and the Complaint is DISMISSED; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail and close the file on this matter.

                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    United States District Judge